OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682

$ 000.27⁵

SEP. 24. 2015

9/21/2015
BUTLER, ISAAC TRAMAIN    Tr. Ct. No. W10-53638-W (A)        WR-83,935-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RAY  JACKSON
3838 OAK LAWN AVE.
SUITE 1350
DALLAS, TX  75219